EDMUND COFFIN, Jr., Appellant, *v.* WILLIAM C. LESSTER et al. Respondents.

(Submitted June 18, 1888; decided June 29, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 8, 1885, which affirmed a judgment in favor of defendant, entered upon a decision of the court at Special Term, and which also affirmed an interlocutory judgment herein.

*Isidor Grayhead* for appellant.

*George E. Horne* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.